1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    JOSHUA JESSE CANTU,                    Case No. 1:20-cv-00386-JDP

12                    Plaintiff,             ORDER GRANTING APPLICATION
                                             TO PROCEED IN FORMA PAUPERIS
13         v.
                                             ECF No. 2
14    JOHN DOE 1, *et al.*,

15                    Defendants.

16

17

18

19         Plaintiff is a former prisoner proceeding without counsel in this civil rights action brought

20   under to 42 U.S.C. § 1983.  Former prisoners are not "prisoners" within the meaning of the Prison

21   Litigation Reform Act.  *See Olivas v. Nevada ex rel. Dep't of Corr.*, 856 F.3d 1281, 1282 (9th

22   Cir. 2017) (per curiam).  Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28

23   U.S.C. § 1915.  Because plaintiff has made the showing required by § 1915(a)(1), his request to

24   proceed *in forma pauperis* is granted.  As soon as practicable, the court will screen plaintiff's

25   complaint under 28 U.S.C. § 1915(e)(2)(B).

26

27

28

                                            1

IT IS SO ORDERED.

Dated:   March 23, 2020   

UNITED STATES MAGISTRATE JUDGE

No. 205.