UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JESSE CANTU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>P. WARD; ET. AL.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00386-JLT-HBK (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. 53) |

The assigned magistrate judge issued a findings and recommendations that the court deny Plaintiff's construed motion for a preliminary injunction and to amend the pleadings. (Doc. 53.) Plaintiff has not filed any objections and the time to do so has expired. (*Id.* at 1, 5.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 22, 2022 (Doc. 53) are adopted in full.

2. Plaintiff's construed motion for a preliminary injunction and a motion to amend are **DENIED**.

///

///

3. This matter is referred to the assigned United States magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **July 28, 2022**

                                                                                      UNITED STATES DISTRICT JUDGE